UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN MCMORROW JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-CV-00126-SPM ) |
| CORE PROPERTIES, LLC, | ) ) |
| Defendant. | ) ) |

## ORDER

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Shirley Padmore Mensah to District Judge John A. Ross.

March 2, 2023
Date

By:   *Gregory J. Linhares*         /
Clerk of Court

/s/ Heather Aubuchon         /
HEATHER AUBUCHON
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:23-CV-00126-JAR**