IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN McMORROW JR., on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CORE PROPERTIES, LLC,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 4:23-cv-00126-JAR<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE AND REQUEST FOR ADDITIONAL TIME TO RESPOND TO CLASS ACTION COMPLAINT

COME NOW Greensfelder, Hemker & Gale, P.C. and Mary Ann L. Wymore as lead counsel, and hereby enter their appearances on behalf of Defendant Core Properties, LLC.

Defendant Core additionally requests that the Court grant it an additional three weeks, through and including March 21, 2023, in which to investigate and respond to the Class Action Complaint. Plaintiff does not oppose this request for additional time, which is made in the interest of justice and not for the purpose of delay.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  March 6, 2023　　　　　　　GREENSFELDER, HEMKER & GALE, P.C.


　　　　　　　　　　　　　　　　By     /s/ *Mary Ann L. Wymore*
　　　　　　　　　　　　　　　　　　Mary Ann L. Wymore, MO #44061
　　　　　　　　　　　　　　　　　　mlw@greensfelder.com
　　　　　　　　　　　　　　　　　　10 South Broadway, Suite 2000
　　　　　　　　　　　　　　　　　　St. Louis, Missouri 63102
　　　　　　　　　　　　　　　　　　Telephone: (314) 241-9090
　　　　　　　　　　　　　　　　　　Facsimile: (314) 241-8624

　　　　*Attorneys for Defendant Core Properties, LLC*

4879-8027-5285 v.1

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 6th day of March, 2023, the foregoing document was filed electronically by operation of the Court's electronic filing system and served on all counsel of record.

      /s/ *Mary Ann L. Wymore*