**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| John McMorrow Jr., on behalf of himself and all others similarly situated, | |
| Plaintiff, | CASE NO. 4:23-cv-126-JAR |
| v. | |
| Core Properties, LLC, and Growth Developments, LLC, | |
| Defendants. | |

## <u>NOTICE OF SETTLEMENT</u>

John McMorrow Jr., Core Properties, LLC, and Growth Developments, LLC (collectively, the "Parties"), hereby notify the Court that they have reached an agreement to settle this action. Pursuant to that agreement, the Parties agreed to execute a series of installment payments over a six-month period, and that, upon the conclusion of those installments, the Parties will file a joint stipulation of dismissal with prejudice on or before August 30, 2024.

As a result, in the interim, the Parties respectfully request that the Court vacate all pending deadlines and administratively close this matter, with leave for the Parties to reopen this matter on or before August 30, 2024 for the purpose of effectuating a dismissal of the case with prejudice.

Date: February 6, 2024

*/s/ Alex D. Kruzyk*
Alex D. Kruzyk
E.D. Mo. Bar No. 24117430(TX)
Bryan A. Giribaldo* (*pro hac vice*)
State Bar. No. 24124547(TX)
**PARDELL, KRUZYK & GIRIBALDO, PLLC**
501 Congress Avenue, Suite 150
Austin, Texas 78701
Tele: (561) 726-8444
akruzyk@pkglegal.com
bgiribaldo@pkglegal.com

*Counsel for Plaintiff*

*/s/  Lisa A. Messner*
Lisa A. Messner (*Pro Hac Vice*)
Mac Murray & Shuster LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
Telephone: (614) 939-9955, Fax: (614) 939-9954
E-mail: lmessner@mslawgroup.com

*Attorney for Defendants*