UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| John McMorrow Jr., on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>Core Properties, LLC, and Growth Developments, LLC,<br><br>   Defendants. | CASE NO. 4:23-cv-126-JAR |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), John McMorrow Jr., Core Properties, LLC, and Growth Developments, LLC (collectively, the "Parties"), hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own costs, expenses, and attorneys' fees. Plaintiff respectfully requests that this case be terminated and closed.

Date: September 10, 2024

/s/  Alex D. Kruzyk

Alex D. Kruzyk
E.D. Mo. Bar No. 24117430(TX)
Bryan A. Giribaldo* (*pro hac vice*)
State Bar. No. 24124547(TX)
**PARDELL, KRUZYK & GIRIBALDO, PLLC**
501 Congress Avenue, Suite 150
Austin, Texas 78701
Tele: (561) 726-8444
akruzyk@pkglegal.com
bgiribaldo@pkglegal.com

*Counsel for Plaintiff*

/s/  Lisa A. Messner
Lisa A. Messner (*Pro Hac Vice*)
Mac Murray & Shuster LLP
6525 West Campus Oval, Suite 210

New Albany, Ohio 43054
Telephone: (614) 939-9955, Fax: (614) 939-9954
E-mail: lmessner@mslawgroup.com

*Attorney for Defendants*